## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CAPITOL FIRST CORPORATION *et al.*,

                                    Plaintiff,

        v.

MICHAEL G. TODD, et al.,

                                    Defendant.

HON. MARY L. COOPER, U.S.D.J.

Civil Action No. 04-CV-6439-MLC-TJB

**ORDER**

It having been previously reported to the Court that the parties successfully mediated their disputes; and

The Court having entered an Order dated March 10, 2008 dismissing the case without costs without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated;

And it having been reported to the Court by counsel for plaintiffs that settlement has been partly, but not fully, consummated, and that some additional time is needed to consummate the settlement;

For good cause shown;

IT IS this 9th day of May, 2008 hereby

**ORDERED** that the Court's March 10, 2008 Order is amended so that the sixty-day time period set forth in Court's Order of March 10, 2008 is hereby extended for an additional thirty (30) days. The parties shall have the right to reopen the case upon good cause shown within ninety (90) days of March 10, 2008 if their settlement is not consummated.

_____
HON. MARY L. COOPER,
UNITED STATES DISTRICT COURT

121180.00601/30330363v.1